UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
__Richmond__ Division

In re **Roosevelt Anton Grown Jr**

Case No. **19-33724**

Chapter **13**

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) __1__ computer diskette listing a total of __12__ creditors; or

(b) _____ scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

_____
Debtor

_____
Joint Debtor

Date: __7/22/19__    *[Check if applicable]* _____ Creditor(s) with foreign addresses included on disk/hard copy.

[diskcs ver. R-1/2003]

PHH Mortgage Services

P.O. Box 66002

Lawrenceville, NJ 08648


Village of Idlewild Homeowners Association

3201 Jermantown Road, Suite 600

Fairfax, VA 22030


Veriozon/EOS CCA

P.O. BOX 981008

Boston, MA 02298


BMW Group Financial Services

300 Chestnut Ridge Rd

Woodcliff Lake, NJ 07677


Santander Consumer USA Inc

P.O. Box 961245

Fort Worth, TX 76161-1245

Southwest Credit

4120 International Pkwy, Suite 1100

Carrollton, TX 75007


Department of the Treasury

Internal Revenue Service

P.O. Box 9013 Stop 650

Holtsville, NY 11742


Michie Hamlet/Attorneys At Law

500 Court Sqaure, Suite 300

P.O. Box 298

Charlottessville, VA 22902


Virginia Department of Taxation

P.O. Box 26406

Richmond, VA 23260


Specialized Loan Serving LLC

8742 Lucent Blvd, Suite 300

Highlands Ranch, CO 80129

Capital One Auto Finance

P.O. Box 60511

City of Industry, CA 91716

Navy Federal Credit Union Visa/Mastercard

P.O. Box 3500

Merrifield, VA 22119